UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Smartwear Technologies, Inc., a Corporation

Case No. 10-11400
Chapter 7

Debtor

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐ The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

☑ There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/28/2010

/s/Robert Reed
Signature of Authorized Individual
For Corporation Debtor

Robert Reed
Print Name

Authorized Agent
Sole Shareholder
Title